IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| SG Strategic Income Ltd (in ) | |
| Official Liquidation), ) | Case No. 18-24665-RAM |
| ) | |
|     Debtor in a Foreign Proceeding. ) | |
| ) | |

### RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

      Michael Pearson, in his capacity as Liquidator and Foreign Representative of SG Strategic Income Ltd. (in Official Liquidation) by and through his counsel, herby files this statement in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and states as follows:

- Vanguardia Group Inc. owns 100% of the equity interests of SG Strategic Income Ltd.

Dated: November 28, 2018.
Miami, Florida

                                    EFR LAW FIRM

                                    /s/ Eduardo F. Rodriguez
                                    Eduardo F. Rodriguez (Florida Bar No. 36423)
                                    1548 Brickell Avenue
                                    Miami, Florida 33129
                                    (305) 340-0034 (telephone)

                                    ALSTON & BIRD LLP

                                    William S. Sugden (*pro hac vice pending*)
                                    Jonathan T. Edwards (*pro hac vice pending*)
                                    1201 West Peachtree Street
                                    Atlanta, Georgia 30309
                                    (404) 881-7000 (telephone)

                                    *Attorneys for the Foreign Representatives*